UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **HOWARD ROBINSON** | : | **DOCKET NO. 5:22-cv-04228** |
| **VERSUS** | : | **JUDGE S MAURICE HICKS, JR.** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 17], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Howard Robinson's voluntary motion to dismiss without prejudice [doc. 16] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 28th day of August 2023.

_____
S. MAURICE HICKS, JR., JUDGE
UNITED STATES DISTRICT COURT